UNITED STATES BANKRUPTCY COURT - EASTERN
DISTRICT OF TENNESSEE, SOUTHERN DIVISION

In re:                                    *
                                          No.   89-11106
TENNESSEE CHEMICAL COMPANY                *
                                          CHAPTER 7
    Debtor                              *

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS

The Trustee would report that the following funds have remained unclaimed in the estate's bank account for more than 90 days after disbursement:

| Check No. | Date | Payee | Amount |
|---|---|---|---|
| 100460 | 12/1/09 | ICI Americas, Inc.<br>Attn: Jeanne Rodek<br>Credit Services<br>Wilmington, DE 19897 | 4,702.50 |
| 100466 | 12/1/09 | Action Threaded Products, Inc., c/o GexPro<br>Attn: Scott Garrett<br>400 Technology Suite Ct., Ste. R<br>Smyrna, GA 30082 | 435.46 |
| 100471 | 12/1/09 | Pumps, Parts & Service Division<br>Plastic Piping Systems<br>1 Hollywood Court<br>South Plainfield, NJ 07080 | 3,358.22 |
| 100481 | 12/1/09 | Union Oil Company of California<br>c/o Chevron<br>Attn: Margaret Pride<br>6001 Bollinger Canyon Road<br>San Ramon, CA 94583 | 12,549.15 |
| 100482 | 12/1/09 | Chemical Pumps & Mechanical Packings<br>1509 Danbury Drive<br>Norcross, GA 30093 | 194.97 |

| | | | |
|---|---|---|---:|
| 100488 | 12/1/09 | Bell-Mark Sales Co.<br>444 William Street<br>East Orange, NJ 07017 | 371.45 |
| 100491 | 12/1/09 | Petrolane Gas Service Limited Part.<br>1600 E. Hill Street<br>Long Beach, CA 90806 | 1,096.56 |
| 100497 | 12/1/09 | Gulf Products Div., BP Oil Company<br>Attn: Legal Dept.<br>4101 Winfield Road<br>Warrenville, IL 60555 | 6,267.07 |
| 100499 | 12/1/09 | The Morie Company, Inc.<br>Attn: Rodney B. Fox, Sec./Treas.<br>1201 N. High Street<br>Millville, NJ 08332 | 110.17 |
| 100504 | 12/1/09 | Presant Industrial Supply Co.<br>Attn: Robert H. Dowis, Comptroller<br>P. O. Box 280<br>Leland, NC 28451 | 8,059.78 |
| 100508 | 12/1/09 | Unocal Canada Limited<br>c/o Chevron Corporation<br>Attn: Margaret Pride, Law Dept.<br>6001 Bollinger Canyon Road<br>San Ramon, CA 94583 | 36,310.75 |
| 100509 | 12/1/09 | Stone Container Corporation<br>ATTN: Iva J. Curry<br>150 North Michigan Avenue<br>Chicago, IL 60601-7568 | 213.63 |
| 100521 | 12/1/09 | Scheduled Truckways, Inc.<br>Attn: Chris Reding<br>2600 Highway 102, West<br>Rogers, AR 72757-0757 | 275.10 |

| | | | |
|---|---|---|---:|
| 100526 | 12/1/09 | Duplex Products, Inc.<br>Attn: Hester C. Richie<br>234 N. Lane Avenue<br>Jacksonville, FL 32203 | 3,463.01 |
| 100533 | 12/1/09 | Transmation, Inc.<br>977 Mt. Read Blvd.<br>P. O. Box 7803<br>Rochester, NY | 45.73 |
| 100536 | 12/1/09 | The J. R. Clarkson Company<br>Attn: Patrick K. Decker<br>273 Corporate Drive, Ste. 100<br>Portsmouth, NH 03801 | 1,472.20 |
| 100542 | 12/1/09 | Rental Equipment Co.<br>1218 East 23rd Street<br>Chattanooga, TN 37408 | 2,139.82 |
| 100545 | 12/1/09 | Makowski & Company, Inc.<br>c/o Scoggins, Ivy & Goodman, P.C.<br>225 Peachtree Street, NE, Suite 1700<br>Atlanta, GA | 5,737.93 |
| 100546 | 12/1/09 | American Industries, Inc.<br>P. O. Box 68<br>Masury, OH 44438 | 775.36 |
| 100552 | 12/1/09 | Mills & Lupton Supply Co.<br>c/o The Home Depot<br>Attn: Legal Dept.<br>2455 Paces Ferry Road<br>Atlanta, GA 30339 | 902.72 |
| 100561 | 12/1/09 | Certanium Alloys & Research Co.<br>Division of Premier Industrial Corp.<br>4500 Euclid Avenue<br>Cleveland, OH 44103 | 93.34 |

| | | | |
|---|---|---|---:|
| 100562 | 12/1/09 | Premier Fastner Company<br>Division of Premier Industrial Corp.<br>4500 Euclid Avenue<br>Cleveland, OH 44103 | 22.76 |
| 100571 | 12/1/09 | Rental Equipment Co.<br>1218 East 23rd Street<br>Chattanooga, TN 37408 | 313.28 |
| 100574 | 12/1/09 | Eutectic Corporation<br>c/o Iron & Steel Board of Trade<br>P. O. Drawer 279<br>Old Greenwich, CT 06870 | 1,046.83 |
| 100579 | 12/1/09 | Commodities Trading International<br>Corporation (CTIC)<br>777 West Putnam Avenue<br>Greenwich, CT 06830 | 109,563.26 |
| 100583 | 12/1/09 | General Copperage Company<br>10701 W. Belmont Avenue<br>Franklin Park, IL 60231 | 2,247.88 |
| 100587 | 12/1/09 | Dr. Bonnie L. Anderson<br>Blue Ridge Radiology AC<br>Hwy 5 N. #108<br>Blue Ridge, GA 30513 | 353.00 |
| 100591 | 12/1/09 | General Metal Works<br>145 South Miami Avenue<br>Village of Cleves, OH 45002 | 68.74 |
| 100598 | 12/1/09 | Cronatron Welding Systems, Inc.<br>Attn: Margo Snoad, Coll. Dept.<br>P. O. Box 66146, AMF<br>O'Hare, IL 60666 | 1,953.97 |
| 100600 | 12/1/09 | Eastern Electric Apparatus Repair<br>1513 Cleveland Avenue, Building 100<br>Suite 300<br>East Point, GA 30344 | 2,923.19 |
| 100607 | 12/1/09 | France Compressor, Div. Garlock, Inc. | |

|        |         |                                                                                                                    |           |
| ------ | ------- | ------------------------------------------------------------------------------------------------------------------ | --------- |
|        |         | 104 Pheasant Run<br>Newtown, PA 18940                                                                              | 117.02    |
| 100621 | 12/1/09 | PLM Investment Management, Inc.<br>Attn: Douglas P. Goodrich<br>332 South Michigan Avenue<br>Chicago, IL 60604     | 10,019.96 |
| 100627 | 12/1/09 | Oxford Chemicals, Inc.<br>Attn: Dennis Duncan, Cr. Manager<br>5001 Peachtree Industrial Blvd.<br>Atlanta, GA 30341 | 50.74     |
| 100629 | 12/1/09 | Web Enterprises<br>6512 Shallowmar<br>Hixson, TN 37343                                                             | 1,637.70  |
| 100630 | 12/1/09 | C. E. Raymond<br>650 Warrenville Road<br>Lisle, IL 60532                                                           | 935.17    |
| 100631 | 12/1/09 | Jones Truck Lines, Inc.<br>c/o Sun Company, Inc.<br>Attn: Legal Dept.<br>14025 West 66th Avenue<br>Arvada, CO 80004-1049 | 1,562.73 |
| 100646 | 12/1/09 | Westinghouse Electric Corporation<br>Attn: Legal Dept.<br>1330 Beulah Road<br>Pittsburgh, PA 15235                 | 2,112.43  |
| 100653 | 12/1/09 | Safety Optical, A Div. Of Mid-South Optical<br>P. O. Box 828<br>2110 Congress Parkway<br>Athens, TN 37303          | 1,799.16  |
| 100655 | 12/1/09 | Gainesville Iron Works, Inc.<br>Attn: Edgar Dunlap, II<br>405 Washington St., N.E.<br>P. O. Box One<br>Gainesville, GA 30503 | 255.00 |
| 100666 | 12/1/09 | Action Testing & Consulting Laboratory, Inc.                                                                       |           |

|  |  |  |  |
|---|---|---|---|
|  |  | 1800 Montreal Ct., Suite A | |
|  |  | Tucker, GA 30084 | 1,718.75 |
| 100675 | 12/1/09 | Business Equipment Company | |
|  |  | 2153 North Ocoee Street | |
|  |  | P. O. Box 2516 | |
|  |  | Cleveland, TN 37320 | 206.50 |
| 100686 | 12/1/09 | Buffalo Color Corporation | |
|  |  | 959 Route 56 East | |
|  |  | Parsippany, NJ 07054 | 12,149.70 |
| 100703 | 12/1/09 | Richard Chastain | |
|  |  | Box 792 | |
|  |  | McCaysville, GA 30555 | 300.36 |
| 100705 | 12/1/09 | W. B. Brannon | |
|  |  | Rt. #2, Box 201 | |
|  |  | Tellico Plains, TN 37385 | 367.94 |
| 100723 | 12/1/09 | North Bros. Co. | |
|  |  | Div. Of National Service, Ind., Inc. | |
|  |  | P. O. Box 50216 | |
|  |  | Knoxville, TN 37950-0216 | 1,601.06 |
| 100736 | 12/1/09 | James W. Huffner | |
|  |  | P. O. Box 18 | |
|  |  | Copperhill, TN 37317 | 445.15 |
| 100739 | 12/1/09 | James V. Hensley | |
|  |  | General Delivery | |
|  |  | Blue Ridge, GA 30513 | 640.01 |
| 100740 | 12/1/09 | DASCO | |
|  |  | P. O. Box 1507 | |
|  |  | Stone Mountain, GA 30083 | 789.38 |
| 100829 | 12/1/09 | American Industries, Inc. | |
|  |  | P. O. Box 68 | |
|  |  | 1555 Standard Avenue | |
|  |  | Masury, OH 44438 | 790.40 |
| 100857 | 12/1/09 | Tommy M. Godfrey | |
|  |  | P. O. Box 159 | |

|  |  |  |  |
|---|---|---|---|
|  |  | Madola Road<br>Epworth, GA 30541 | 1,002.13 |
| 100913 | 12/1/09 | James E. Barker<br>130 Hwy 76<br>Morganton, GA 30560 | 47.27 |
| 100948 | 12/1/09 | Earl F. Scott Co., Inc.<br>8529 Dunwoody Place<br>Atlanta, GA 30350 | 48.01 |
| 100984 | 12/1/09 | Robert Preikschat<br>2289 J. Dunwoody Crossing<br>Atlanta, GA 30338 | 229.01 |
| 101024 | 12/1/09 | Franie L. Walden<br>Rt. 1, Box 1696<br>Blue Ridge, GA 30513 | 366.01 |
| 101068 | 12/1/09 | Lake Loudermilk<br>Box 381<br>Copperhill, TN 37317 | 381.49 |
| 101076 | 12/1/09 | Jakie N. Ledford<br>P. O. Box 561<br>Copperhill, TN 37317 | 390.31 |
| 101085 | 12/1/09 | Rittelmeyer & Company, Inc.<br>P. O. Box 19879<br>Atlanta, GA 30325-0879 | 6,914.16 |
| 101091 | 12/1/09 | Kenneth Kaylor<br>Rt. #1, Box 1100<br>Salem Road<br>Mineral Bluff, GA 30559 | 466.78 |
| 101111 | 12/1/09 | Stanley Olney<br>Box 172<br>Ducktown, TN 37326 | 260.37 |

| | | | |
|---|---|---|---:|
| 101112 | 12/1/09 | Oxford Ink Printing Company<br>2395 Peachtree Road, N.E.<br>Atlanta, GA 30305 | 60.80 |
| 101130 | 12/1/09 | Alvie R. Jones<br>Rt. #2, Box 2171<br>Blue Ridge, GA 30513 | 393.19 |
| 101139 | 12/1/09 | Charles G. Parrish<br>2461 Echo Drive, N.E.<br>Atlanta, GA 30345 | 684.58 |
| 101147 | 12/1/09 | Mine Safety Appliances Co.<br>P. O. Box 426<br>Pittsburgh, PA 15230 | 308.67 |
| 101151 | 12/1/09 | Randall C. Wallace<br>P. O. Box 192<br>Ten Mile, TN 37880 | <u>353.59</u> |
| | | TOTAL | $256,473.36 |

The Trustee hereby transmits these funds to the Clerk, United States Bankruptcy Court, for this district, who shall deposit said funds as provided in 28 U.S.C. 129 et seq.

SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

By: */s/ Scott N. Brown, Jr.*
Scott N. Brown, Jr., Trustee    BPR #1212
P. O. Box 1749
Chattanooga, TN 37401-1749
423/756-7000
snb@smrw.com

F:\Library\users\Kathy\KATHY\TN Chemical\TCC Unclaimed Funds Report.wpd