UNITED STATES BANKRUPTCY COURT - EASTERN
DISTRICT OF TENNESSEE, SOUTHERN DIVISION

In re:                                          *

                                                                                                                                                                                    No.   89-11106

TENNESSEE CHEMICAL COMPANY            *

                                                                                                                                                                                    CHAPTER 7

Debtor                                          *


TRUSTEE'S REPORT OF UNCLAIMED FUNDS

      The Trustee would report that the following funds have remained unclaimed in the estate's bank account for more than 90 days after disbursement:

| Check No. | Date | Payee | Amount |
|---|---|---|---|
| 100487 | 12/1/2009 | Jones Truck Lines, Inc.<br>c/o Sun Company, Inc.<br>Attn: Legal Dept.<br>14025 West 66th Avenue<br>Arvada, CO 80004-1049 | 203.89 |
| 100821 | 12/1/2009 | Charles Brown, Jr.<br>2769 Lebabon Road<br>Epworth, GA 30541 | 303.69 |
| 100887 | 12/1/2009 | David Key, Sr.<br>10619 Vickery Avenue East<br>Tacoma, WA 98446 | 397.43 |
| 100967 | 12/1/2009 | Eddie Delay<br>3767 Meeting Street<br>Duluth, GA 30136 | 301.38 |
| 100969 | 12/1/2009 | Bobby J. Elrod<br>P. O. Box 662<br>Copperhill, TN 37317 | 338.25 |
| 101028 | 12/1/2009 | Arthur F. Gohlke<br>2084 Imperial Drive<br>Atlanta, GA 30345 | 1,179.27 |

| | | | |
|---|---|---|---|
| 101924 | 4/7/2010 | Carlton Williams<br>P. O. Box 84<br>McCaysville, GA 30555 | 16.19 |
| 110026 | 12/13/2012 | Birmingham-Nashville Express Co.<br>Attn: Helen D. Batts<br>715 Pollar Avenue<br>Nashville, TN 37224 | 10.46 |
| 110027 | 12/13/2012 | Organic Chm. Div. Of Penwalt Corp.<br>c/o Arkema, Inc.<br>Attn: Rusty Powell<br>2000 Market Street<br>Philadelphia, PA 19103 | 24.70 |
| 110029 | 12/13/2012 | Gardinier, Inc.<br>c/o Mosaic Fertilizer<br>8813 Hwy. 41 South<br>Riverview, FL 33569 | 95.31 |
| 110032 | 12/13/2012 | ICI Americas, Inc.<br>Attn: Jeanne Rodek<br>Credit Services<br>Wilmington, DE 19897 | 968.88 |
| 110038 | 12/13/2012 | Action Threaded Products, Inc.<br>c/o GexPro<br>Attn: Scott Garrett<br>400 Technology Suite Ct., Ste. R<br>Smyrna, GA 30082 | 89.72 |
| 110039 | 12/13/2012 | Buffalo Forge Company<br>490 Broadway<br>P. O. Box 985<br>Buffalo, NY 14240 | 220.25 |
| 110040 | 12/13/2012 | Curtis 1000<br>Attn: Joy Jeannott<br>Dept. AT 952818<br>Atlanta, GA 31192 | 41.53 |

| | | | |
|---|---|---|---|
| 110041 | 12/13/2012 | Fischer & Porter Co.<br>Attn: Bob Oldfield<br>125 E. County Line Road<br>Warminster, PA 18974 | 3.42 |
| 110043 | 12/13/2012 | Pumps, Parts & Service Division<br>Plastic Piping Systems<br>1 Hollywood Court<br>South Plainfield, NJ 07080 | 691.91 |
| 110045 | 12/13/2012 | The Western Union Corporation<br>Attn: Legal Dept.<br>P. O. Box 6992<br>Greenwood Village, CO 80155-6992 | 11.60 |
| 110050 | 12/13/2012 | E.L.D. Inc., dba Phoenix Oil Co.<br>625 5th Street<br>P. O. Box 1777(13)<br>Augusta, GA 30913 | 9.30 |
| 110052 | 12/13/2012 | Brownell Electro, Inc.<br>c/o Brownell Electric Corp.<br>126 East Road<br>Fort Edward, NY 12828 | 7.18 |
| 110054 | 12/13/2012 | Chemical Pumps & Mechanical Packings<br>1509 Danbury Drive<br>Norcross, GA 30093 | 40.17 |
| 110059 | 12/13/2012 | Jones Truck Lines, Inc.<br>c/o Sun Company, Inc.<br>Attn: Legal Dept.<br>14025 West 66th Avenue<br>Arvada, CO 80004-1049 | 42.01 |
| 110060 | 12/13/2012 | Bell-Mark Sales Co.<br>444 William Street<br>East Orange, NJ 07017 | 76.53 |

| | | | |
|---|---|---|---:|
| 110063 | 12/13/2012 | Petrolane Gas Service Limited Part.<br>1600 E. Hill Street<br>Long Beach, CA 90806 | 225.93 |
| 110069 | 12/13/2012 | Gulf Products Div., BP Oil Company<br>Attn: Legal Dept.<br>4101 Winfield Road<br>Warrenville, IL 60555 | 1,291.24 |
| 110071 | 12/13/2012 | The Morie Company, Inc.<br>Attn: Rodney B. Fox, Sec/Treas.<br>1201 N. High Street<br>Millville, NJ 08332 | 22.70 |
| 110076 | 12/13/2012 | Presant Industrial Supply Co.<br>Attn: Robert H. Dowis, Comptroller<br>P. O. Box 280<br>Leland, NC 28451 | 1,660.60 |
| 110081 | 12/13/2012 | Stone Container Corporation<br>Attn: Iva J. Curry<br>150 North Michigan Avenue<br>Chicago, IL 60601-7568 | 44.02 |
| 110086 | 12/13/2012 | Gilman Paint Company<br>c/o Bridge Associates, LLC<br>Attn: Michael Newsom<br>2701 North Rocky Point Dr., Ste. 183<br>Tampa, FL 33607 | 418.34 |
| 110087 | 12/13/2012 | Multiple Processors, Inc./ACI<br>c/o Euler Hermes American<br>Attn: Joanne Plamondon<br>800 Red Brook Blvd., 4th Fl.<br>Owing Mills, MD 21117 | 5,741.61 |
| 110091 | 12/13/2012 | FMC Wyoming Corp.<br>2000 Market Street<br>Philadelphia, PA 19103 | 1,095.71 |

| | | | |
|---|---|---|---:|
| 110092 | 12/13/2012 | Riverside Products Corporation<br>c/o FMC Corporation<br>Attn: Legal Dept.<br>1735 Market Street<br>Philadelphia, PA 19103 | 184.09 |
| 110093 | 12/13/2012 | Scheduled Truckways, Inc.<br>Attn: Chris Reding<br>2600 Highway 102, West<br>Rogers, AR 72757-0757 | 56.68 |
| 110096 | 12/13/2012 | Safety-Kleen Corporation<br>Attn: Laurence M. Rudnick<br>777 Big Timber Road<br>Elgin, IL 60123 | 41.32 |
| 110098 | 12/13/2012 | Duplex Products, Inc.<br>Attn: Hester C. Richie<br>243 N. Lane Avenue<br>Jacksonville, FL 32203 | 713.41 |
| 110102 | 12/13/2012 | Atlanta Journal and Constitution<br>Attn: Ariel Hillhouse/Legal Dept.<br>72 Marietta Street, N.W.<br>Atlanta, GA 30303 | 13.55 |
| 110105 | 12/13/2012 | Transmation, Inc.<br>977 Mt. Read Blvd.<br>P. O. Box 7803<br>Rochester, NY | 9.42 |
| 110108 | 12/13/2012 | The J. R. Clarkson Company<br>Attn: Patrick K. Decker<br>273 Corporate Drive, Ste. 100<br>Portsmouth, NH 03801 | 303.32 |
| 110114 | 12/13/2012 | Rental Equipment Co.<br>1218 East 23rd Street<br>Chattanooga, TN 37408 | 440.88 |

| | | | |
|---|---|---|---:|
| 110117 | 12/13/2012 | Makowski & Company, Inc.<br>c/o Scoggins, Ivy & Goodman, P.C.<br>225 Peachtree Street, N.E., Ste. 1700<br>Atlanta, GA | 1,182.22 |
| 110118 | 12/13/2012 | American Industries, Inc.<br>P. O. Box 68<br>Masury, OH 44438 | 159.75 |
| 110120 | 12/13/2012 | Grienell Corp.<br>3 Tyco Park<br>Exitor, NH 03833 | 296.69 |
| 110130 | 12/13/2012 | Lockwood Greene Engineers, Inc.<br>Attn: Fred Brune<br>1500 International Dr.<br>Spartanburg, SC 29303 | 1,802.81 |
| 110133 | 12/13/2012 | Certanium Alloys & Research Co.<br>Division of Premier Industrial Corp.<br>4500 Euclid Avenue<br>Cleveland, OH 44103 | 19.23 |
| 110134 | 12/13/2012 | Premier Fastner Company<br>Division of Premier Industrial Corp.<br>4500 Euclid Avenue<br>Cleveland, OH 44103 | 4.69 |
| 110143 | 12/13/2012 | Rental Equipment Co.<br>1218 East 23rd Street<br>Chattanooga, TN 37408 | 64.55 |
| 110146 | 12/13/2012 | Eutectic Corporation<br>c/o Iron & Steel Board of Trade<br>P. O. Drawer 279<br>Old Greenwich, CT 06870 | 215.68 |
| 110151 | 12/13/2012 | Commodities Trading International<br>Corporation (CTIC)<br>777 West Putnam Avenue<br>Greenwich, CT 06830 | 22,573.95 |

| | | | |
|---|---|---|---:|
| 110155 | 12/13/2012 | General Cooperage Company<br>10701 W. Belmont Avenue<br>Franklin Park, IL 60131 | 463.14 |
| 110156 | 12/13/2012 | MDFC Equipment Leasing Corp.<br>c/o Boeing Credit Company<br>Attn: Dave Heumann<br>3780 Kilroy Airway Way, Suite 750<br>Long Beach, CA 90806 | 251.07 |
| 110159 | 12/13/2012 | Dr. Bonnie L. Anderson<br>Blue Ridge Radiology AC<br>Hwy 5 N. #108<br>Blue Ridge, GA 30513 | 72.73 |
| 110161 | 12/13/2012 | Dunhill Temporary Systems<br>c/o Talagy<br>Attn: Heather Alfono<br>9700 Philips Hwy., Ste. 101<br>Jacksonville, FL 32256 | 241.30 |
| 110163 | 12/13/2012 | General Metal Works<br>145 South Miami Avenue<br>Village of Cleves, OH 45002 | 14.16 |
| 110164 | 12/13/2012 | PPM, Inc., c/o Safety Kleen, Inc.<br>5360 Legacy Drive<br>Building 2, Ste. 100<br>Plano, TX 75024 | 228.83 |
| 110170 | 12/13/2012 | Cronatrol Welding Systems, Inc.<br>Attn: Margo Snoad, Coll. Dept.<br>P. O. Box 66146, AMF<br>O'Hare, IL 60666 | 402.58 |
| 110171 | 12/13/2012 | Eastman Chemical Products, Inc<br>Attn: Rhonda Morelock<br>200 S. Wilcox Drive<br>Kingsport, TN 37662 | 5,305.30 |

| | | | |
|---|---|---|---|
| 110172 | 12/13/2012 | Eastern Electric Apparatus Repair<br>1513 Cleveland Avenue, Building 100<br>Suite 300<br>East Point, GA 30344 | 602.28 |
| 110173 | 12/13/2012 | North Carolina Dept. Of Revenue<br>Attn: G. H. Rose, Adm. Officer<br>P. O. Box 1168<br>Raleigh, NC 27602 | 302.67 . |
| 110179 | 12/13/2012 | France Compressor<br>Div. Garlock, Inc.<br>104 Pheasant Run<br>Newtown, PA 18940 | 24.11 |
| 110180 | 12/13/2012 | Omni Computer Products<br>2301 E Del Amo Blvd.<br>Carson, CA 90220 | 15.34 |
| 110193 | 12/13/2012 | PLM Investment Management, Inc.<br>Attn: Douglas P. Goodrich<br>332 South Michigan Avenue<br>Chicago, IL 60604 | 2,064.47 |
| 110198 | 12/13/2012 | Bulldog Computer Products, Inc.<br>c/o Milton M. Avrett, III, Attorney<br>440 Greene Street<br>Augusta, GA 30901 | 133.46 |
| 110199 | 12/13/2012 | Oxford Chemicals, Inc.<br>Attn: Dennis Duncan, Cr. Manager<br>5001 Peachtree Industrial Blvd.<br>Atlanta, GA 30341 | 10.45 |
| 110201 | 12/13/2012 | Web Enterprises<br>6512 Shallowmar<br>Hixson, TN 37343 | 337.42 |
| 110202 | 12/13/2012 | C. E. Raymond<br>650 Warrenville Road<br>Lisle, IL 60532 | 192.67 |

| | | | |
|---|---|---|---:|
| 110203 | 12/13/2012 | Jones Truck Lines, Inc.<br>c/o Sun Company, Inc.<br>Attn: Legal Dept.<br>14025 West 66th Avenue<br>Arvada, CO 80004-1049 | 321.97 |
| 110208 | 12/13/2012 | Foster Products Corp.<br>An H. B. Fuller Co.<br>6107 Industrial Way<br>Houston, TX 77011 | 63.57 |
| 110211 | 12/13/2012 | The Birmingham New Company<br>c/o Victor H. Hanson, III<br>2200 Fourth Avenue North<br>Birmingham, AL 35203 | 8.97 |
| 110225 | 12/13/2012 | Safety Optical<br>A Div. Of Mid-South Optical<br>P. O. Box 828<br>210 Congress Parkway<br>Athens, TN 37303 | 370.69 |
| 110227 | 12/13/2012 | Gainesville Iron Works, Inc.<br>Attn: Edgar Dunlap, II<br>405 Washington St. N.E.<br>P. O. Box One<br>Gainesville, GA 30503 | 52.54 |
| 110228 | 12/13/2012 | Ridge Valve & Fitting Co.<br>Attn: Tina Beeler<br>3919 Papermill Circle<br>Knoxville, TN 37909 | 4.68 |
| 110238 | 12/13/2012 | Action Testing & Consulting Laboratory, Inc.<br>1800 Montreal Ct., Suite A<br>Tucker, GA 30084 | 354.12 |
| 110247 | 12/13/2012 | Business Equipment Company<br>2153 North Ocoee Street<br>P. O. Box 2516<br>Cleveland, TN 37320 | 42.55 |

| | | | |
|---|---|---|---|
| 110257 | 12/13/2012 | T. H. Linderman<br>3795 Hwy 68<br>Turtletown, TN 37391 | 31.20 |
| 110258 | 12/13/2012 | Buffalo Color Corporation<br>959 Route 56 East<br>Parsippany, NJ 07054 | 2,503.27 |
| 110275 | 12/13/2012 | Richard Chastain<br>Box 792<br>McCaysville, GA 30555 | 61.88 |
| 110277 | 12/13/2012 | W. B. Brannon<br>Rt. #2, Box 201<br>Tellico Plains, TN 37385 | 75.81 |
| 110291 | 12/13/2012 | Fletcher Industries, Inc.<br>P. O. Box 1359<br>Southern Pines, NC 28388 | 213.81 |
| 110293 | 12/13/2012 | Buford Walker<br>P. O. Box 71<br>Blue Ridge, GA 30513 | 81.49 |
| 110295 | 12/13/2012 | North Bros. Co.<br>Div. Of National Service, Ind., Inc.<br>P. O. Box 50216<br>Knoxville, TN 37950-0216 | 329.88 |
| 110308 | 12/13/2012 | Jamey W. Huffner<br>P. O. Box 18<br>Copperhill, TN 37317 | 91.72 |
| 110312 | 12/13/2012 | DASCO<br>P. O. Box 1507<br>Stone Mountain, GA 30083 | 162.63 |
| 110332 | 12/13/2012 | Analytical Measurements, Inc.<br>Attn: Warren R. Adey<br>100 Hoffman Place<br>Hillside, NJ 07205 | 42.24 |

| | | | |
|---|---|---|---:|
| 110357 | 12/13/2012 | Eugene E. Forrester<br>410 Tennessee Avenue<br>Copperhill, TN 37317 | 72.88 |
| 110382 | 12/13/2012 | Michael L. Crawford<br>115 Crawford Lane<br>Copperhill, TN 37317 | 11.72 |
| 110401 | 12/13/2012 | American Industries, Inc.<br>P. O. Box 68<br>1555 Standard Avenue<br>Masury, OH 44438 | 162.85 |
| 110406 | 12/13/2012 | Hadley Shields<br>201 Mulkey Drive<br>Murphy, NC 28906 | 82.96 |
| 110429 | 12/13/2012 | Tommy M. Godfrey<br>P. O. Box 159<br>Madola Road<br>Epworth, GA 30541 | 206.47 |
| 110433 | 12/13/2012 | The Home Bank of Tennessee<br>Ducktown Banking Company<br>P. O. Box 3265<br>Cleveland, TN 37320-3265 | 1,821.07 |
| 110444 | 12/13/2012 | Charles R. Callihan<br>Box 737<br>Blue Ridge, GA 30513 | 69.06 |
| 110459 | 12/13/2012 | David Key, Sr.<br>10619 Vickery Avenue, East<br>Tacoma, WA 98446 | 81.88 |
| 110478 | 12/13/2012 | Bell Chemical Company<br>2905 Metler Street<br>Knoxville, TN 37917 | 55.44 |
| 110485 | 12/13/2012 | James E. Barker<br>130 Hwy 76<br>Morganton, GA 30560 | 9.74 |

| | | | |
|---|---|---|---|
| 110494 | 12/13/2012 | A. B. Johnson<br>P. O. Box 61<br>Morganton, GA 30560 | 74.78 |
| 110520 | 12/13/2012 | Earl F. Scott Co., Inc.<br>8529 Dunwoody Place<br>Atlanta, GA 30350 | 9.89 |
| 110539 | 12/13/2012 | Eddie Delay<br>3767 Meeting Street<br>Duluth, GA 30136 | 62.09 |
| 110541 | 12/13/2012 | Bobby J. Elrod<br>P. O. Box 662<br>Copperhill, TN 37317 | 69.69 |
| 110549 | 12/13/2012 | Albert C. Dilbeck<br>100 Hwy 2<br>Blue Ridge, GA 30513 | 87.86 |
| 110556 | 12/13/2012 | Robert Preikschat<br>2289 J. Dunwoody Crossing<br>Atlanta, GA 30338 | 47.18 |
| 110596 | 12/13/2012 | Franie L. Walden<br>Rt. 1, Box 1696<br>Blue Ridge, GA 30513 | 75.41 |
| 110600 | 12/13/2012 | Arthur F. Gohlke<br>2084 Imperial Drive<br>Atlanta, GA 30345 | 242.97 |
| 110602 | 12/13/2012 | Glenn R. Buchanan<br>Box 615<br>Copperhill, TN 37317 | 72.25 |
| 110606 | 12/13/2012 | Evan Clyde Bruce<br>8400 Nichols Circle<br>Blairsville, GA 30512 | 76.62 |
| 110631 | 12/13/2012 | Terry Lee Lewis<br>160 Laura Lane<br>Blue Ridge, GA 30513 | 87.10 |

| | | | |
|---|---|---|---:|
| 110640 | 12/13/2012 | Lake Laudermilk<br>Box 381<br>Copperhill, TN 37317 | 78.60 |
| 110642 | 12/13/2012 | Betty J. Emig<br>c/o Jeff Emig<br>P. O. Box 792<br>Copperhill, TN 37317 | 11.27 |
| 110646 | 12/13/2012 | JRB Controls, Inc.<br>P. O. Box 10631<br>Knoxville, TN 37939 | 340.19 |
| 110648 | 12/13/2012 | Jakie N. Ledford<br>P. O. Box 561<br>Copperhill, TN 37317 | 80.42 |
| 110649 | 12/13/2012 | McCaysville, Florist<br>P. O. Box 665<br>McCaysville, GA 30555 | 3.86 |
| 110657 | 12/13/2012 | Rittelmeyer & Company, Inc.<br>P. O Box 19879<br>Atlanta, GA 30325-0879 | 1,424.56 |
| 110663 | 12/13/2012 | Kenneth Kaylor<br>Rt. #1, Box 1100<br>Salem Road<br>Mineral Bluff, GA 30559 | 96.18 |
| 110668 | 12/13/2012 | Stanley Martin<br>235 Brush Creek Road<br>Copperhill, TN 37317 | 95.69 |
| 110672 | 12/13/2012 | Alvin O'Neal<br>1021 Mount Liberty Road<br>McCaysville, GA 30555 | 76.47 |
| 110683 | 12/13/2012 | Stanley Olney<br>Box 172<br>Ducktown, TN 37326 | 53.65 |

| | | | |
|---|---|---|---:|
| 110684 | 12/13/2012 | Oxford Ink Printing Company<br>2395 Peachtree Rd., N.E.<br>Atlanta, GA 30305 | 12.52 |
| 110711 | 12/13/2012 | Charles G. Parrish<br>2461 Echo Drive, NE<br>Atlanta, GA 30345 | 141.05 |
| 110716 | 12/13/2012 | W. E. Hancock, Jr.<br>1145 Wolf Creek Road<br>Mineral Bluff, GA 30559 | 109.76 |
| 110720 | 12/13/2012 | Infinger Transportation Co., Inc.<br>Attn: Richard R. Infinger<br>2811 Carver Avenue<br>Charleston, SC 29415 | 322.99 |
| 110723 | 12/13/2012 | Randall C. Wallace<br>P. O. Box 192<br>Ten Mile, TN 37880 | 72.94 |
| 110748 | 12/13/2012 | Carlton Williams<br>P. O. Box 84<br>McCaysville, GA 30555 | 3.34 |
| 110753 | 12/13/2012 | Simmie C. Davenport<br>P. O. Box 141<br>Epworth, GA 30541 | 89.68 |
| 110754 | 12/13/2012 | Carl Self<br>1140 Bushyhead Road<br>Cherry Log, GA 30522 | 66.25 |
| 110764 | 12/13/2012 | Pheobie Cantrell<br>On behalf of Floyd B. Cantrell<br>Box 167<br>Ducktown, TN 37326 | 69.34 |

| | | | |
|---|---|---|---:|
| 110813 | 12/13/2012 | Lucille Ledford<br>On behalf of Louis Ledford<br>P. O. Box 766<br>Ducktown, TN 37326 | 73.60 |
| 110823 | 12/13/2012 | Kenneth L. Hamby<br>1380 Hwy 60<br>Murphy, NC 28906 | 76.54 |
| 110844 | 12/13/2012 | W. R. Tallent<br>173 Brush Creek Road<br>Copperhill, TN 37317 | 58.84 |
| 110940 | 12/13/2012 | Lorene Shuler<br>On behalf of James Robert Shuler<br>1159 Mt. Liberty Road<br>McCaysville, GA 30559 | 69.45 |
| 110951 | 12/13/2012 | Linda C. Picklesimer<br>On behalf of Garland Picklesimer<br>7450 Highway 294<br>Murphy, NC 28906 | 128.86 |
| 110963 | 12/13/2012 | Margie Henson<br>On behalf of Stephen H. Henson<br>161 Mountain Dr.<br>Old Fort, TN 37362 | 69.34 |
| 111080 | 12/13/2012 | Thomas G. Chastain<br>720 Mt. Harmony Road<br>Copperhill, TN 37317 | 205.65 |
| 111087 | 12/13/2012 | Linda Kyle<br>On behalf of Cliff D. Kyle<br>173 Hogback Drive<br>Blue Ridge, GA 30513 | 71.75 |

| | | | |
|---|---|---|---|
| 111093 | 12/13/2012 | Joyce Bandy<br>On behalf of William G. Bandy<br>571 Ware Road<br>Murphy, NC 28906 | 88.57 |
| 111094 | 12/13/2012 | Kathelena Jones<br>On behalf of R. C. Bailey<br>239 Kingtown Street<br>McCaysville, GA 30555 | 39.43 |
| 111099 | 12/13/2012 | Beverly Waters<br>On behalf of R. B. Rose<br>P. O. Box 332<br>Turtletown, TN 37391 | 80.88 |
| 111128 | 12/13/2012 | Frances Thomas<br>On behalf of Sam J. Thomas<br>251 Colwell Road<br>Blue Ridge, GA 30513 | 75.81 |
| 111132 | 12/13/2012 | Barry L. Morrow<br>109 Cobble Stone Crk Rd<br>Clveland, TN 37312 | 59.31 |
| 111198 | 12/13/2012 | Tina McCurry<br>On behalf of James Clyde Roberson<br>60 East Highland St.<br>Blue Ridge, GA 30513 | 70.89 |
| 111234 | 12/13/2012 | Frank C. Wright<br>2866 Blue Ridge Drive<br>Blue Ridge, GA 30513 | 79.90 |
| 111267 | 12/13/2012 | Diane Martin<br>On behalf of Robert L. Martin<br>P. O. Box 219<br>Ducktown, TN 37326 | 10.67 |

| | | | |
|---|---|---|---|
| 111269 | 12/13/2012 | Stephen E. Merritt<br>On behalf of Carolyn W. Merritt<br>1204 N. Oak Ridge Ct.<br>Palatine, IL 60067 | 208.97 |
| 111314 | 12/13/2012 | Bill Charles Swanson<br>On behalf of Edward Swanson<br>114 May Flower Circle<br>Cartersville, GA 30120 | 165.41 |
| 111324 | 12/13/2012 | Elizabeth Swafford<br>On behalf of Steve D. Swafford<br>36 W. Dogwood Ln., Apt. 137<br>Blue Ridge, GA 30513 | 60.62 |
| 111339 | 12/13/2012 | Sandra Helton<br>On behalf of Steve Leroy Helton<br>631 Holiness Church Rd.<br>Murphy, NC 28906 | 77.41 |
| 111344 | 12/13/2012 | Joan Sparks<br>On behalf of Franklin D. Sparks<br>127 Burkeridge Drive<br>Cleveland, TN 37323 | 111.26 |
| 111356 | 12/13/2012 | Daniel Waters<br>On behalf of Jessie J. Waters<br>55 Bay Drive, Apt. #3103<br>Niceville, FL 32578 | 105.76 |
| 111357 | 12/13/2012 | Daniel Waters<br>On behalf of Larry J. Waters<br>55 Bay Drive, Apt. #3103<br>Niceville, FL 32578 | 83.34 |
| 111364 | 12/13/2012 | Earl L. Swanson<br>P. O. Box 57<br>Turtletown, TN 37391 | 63.94 |

| | | | |
|---|---|---|---:|
| 111374 | 12/13/2012 | Henrietta Trammel<br>On behalf of Luther "Eugene" Trammel, Jr.<br>P. O. Box 447<br>Copperhill, TN 37317 | 115.19 |
| 111391 | 12/13/2012 | Robert C. Williams, Jr.<br>On behalf of Robert C. Williams<br>815 Divot Ct.<br>Soddy Daisy, TN 37379 | 13.68 |
| 111393 | 12/13/2012 | Thomas H. Green<br>P. O. Box 509<br>Ducktown, TN 37326 | 117.58 |
| 111404 | 12/13/2012 | Roger B. Panter<br>477 Airport Rd<br>Copperhill, TN 37317 | 47.53 |
| 111416 | 12/13/2012 | Roger B. Panter<br>On behalf of Hebert K. Panter<br>477 Airport Rd.<br>Copperhill, TN 37317 | 55.81 |
| 111419 | 12/13/2012 | Damon Burk<br>On behalf of Joe P. Burk<br>222 Chestnut Gap Ln<br>Blue Ridge, GA 30513 | 53.95 |
| 111421 | 12/13/2012 | Daniel Brown<br>P. O. Box 24<br>Mineral Bluff, GA 30559 | 62.46 |
| 111439 | 12/13/2012 | Ivan Chapman<br>P. O. Box 531<br>Ducktown, TN 37326 | 66.45 |

| 111462 | 12/13/2012 | Kimberly Watkins<br>On behalf of Kenneth Patterson<br>P. O. Box 253<br>Turtletown, TN 37391 | 44.15 |
|---|---|---|---|

Total Unclaimed Funds   $68,472.13

   The Trustee hereby transmits these funds to the Clerk, United States Bankruptcy Court, for this district, who shall deposit said funds as provided in 28 U.S.C. 129 et seq.

         SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

      By: */s/ Scott N. Brown, Jr.*
        Scott N. Brown, Jr., Trustee BPR #1212
        P. O. Box 1749
        Chattanooga, TN 37401-1749
        423/756-7000
        snb@smrw.com

F:\Library\users\Kathy\TN Chemical\TCC Unclaimed Funds 2013.wpd