# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF THE STATE OF TENNESSEE

| | |
|---|---|
| IN RE: | Case No. 89-11106 |
| Tennessee Chemical Company, | (Chapter 7) |
| DEBTOR | |

### APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

PLM Investment Management, Inc. (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $12,084.43. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

PLM Investment Management, Inc.

By: _____
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900


FILED SEP 27 2013 U.S. BANKRUPTCY COURT CHATTANOOGA TENNESSEE

## CERTIFICATE OF MAILING

I hereby certify that on September 24, 2013 I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn: Civil Process Clerk
1110 Market St., Ste. 301
Chattanooga, TN 37402

*/s/ Greg Griffith*

Greg Griffith

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF THE STATE OF TENNESSEE

IN RE: ) Case No. 89-11106
)
Tennessee Chemical Company, ) (Chapter 7)
DEBTOR

### ORDER DIRECTING PAYMENT
### OF FUNDS TO CREDITOR/CLAIMANT

On the application of PLM Investment Management, Inc., (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $12,084.43) be paid to it in care of American Property Locators, Inc., Attn: Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK 73013.

###

Submitted by:

Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 S. Boulevard
Edmond, OK 73013
(405) 340-4900

LODGED 11:30 am
SEP 2 7 2013
BY KL

## LIMITED POWER OF ATTORNEY

PLM Investment Management, Inc., ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

## ONLY to recover cash or cash equivalents specifically arising from the bankruptcy of Tennessee Chemical Company, that belong to the Principal,

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this _16_ day of _Sept_, 201_3_.

**PRINCIPAL:**
PLM Investment Management, Inc.
Federal ID # 94-2504744
By: [signature]
Title: Authorized Agent

PRINCIPAL'S ADDRESS:

55 North Water Street, Suite 4
South Norwalk, CT 06854
203-663-4204

### ACKNOWLEDGMENT

STATE OF _Connecticut_

COUNTY OF _Fairfield_ )

Before me a Notary Public, in and for said County and State on this _16th_ day of _September_, 20_13_ personally appeared _James A. Coyne_ to me known to be the identical person who subscribed his/her name to the foregoing instrument as its _Auth. Agent_ (title), and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
_May 31, 2017_

[signature]
Notary Public

APL Claim ID: 61597



**PLM INTERNATIONAL, INC.**
200 Nyala Farms
Westport, CT 06880

James A. Coyne
*President & CEO*
jcoyne@equisgroup.com

Phone: (203) 341-0515
Fax: (203) 341-9988

Page 1

UNITED STATES BANKRUPTCY COURT - EASTERN
DISTRICT OF TENNESSEE, SOUTHERN DIVISION

In re:                                  *
                                            No. 89-11106
TENNESSEE CHEMICAL COMPANY              *
                                            CHAPTER 7
        Debtor                          *

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

The Trustee would report that the following funds have remained unclaimed in the estate's bank account for more than 90 days after disbursement:

| Check No. | Date | Payee | Amount |
|---|---|---|---|
| 100460 | 12/1/09 | ICI Americas, Inc.<br>Attn: Jeanne Rodek<br>Credit Services<br>Wilmington, DE 19897 | 4,702.50 |
| 100466 | 12/1/09 | Action Threaded Products, Inc., c/o GexPro<br>Attn: Scott Garrett<br>400 Technology Suite Ct., Ste. R<br>Smyrna, GA 30082 | 435.46 |
| 100471 | 12/1/09 | Pumps, Parts & Service Division<br>Plastic Piping Systems<br>1 Hollywood Court<br>South Plainfield, NJ 07080 | 3,358.22 |
| 100481 | 12/1/09 | Union Oil Company of California<br>c/o Chevron<br>Attn: Margaret Pride<br>6001 Bollinger Canyon Road<br>San Ramon, CA 94583 | 12,549.15 |
| 100482 | 12/1/09 | Chemical Pumps & Mechanical Packings<br>1509 Danbury Drive<br>Norcross, GA 30093 | 194.97 |

*Page 5*

|  |  |  |  |
|---|---|---|---|
|  |  | 104 Pheasant Run<br>Newtown, PA 18940 | 117.02 |
| 100621 | 12/1/09 | PLM Investment Management, Inc.<br>Attn: Douglas P. Goodrich<br>332 South Michigan Avenue<br>Chicago, IL 60604 | *Pay-in #1*<br>10,019.96 |
| 100627 | 12/1/09 | Oxford Chemicals, Inc.<br>Attn: Dennis Duncan, Cr. Manager<br>5001 Peachtree Industrial Blvd.<br>Atlanta, GA 30341 | 50.74 |
| 100629 | 12/1/09 | Web Enterprises<br>6512 Shallowmar<br>Hixson, TN 37343 | 1,637.70 |
| 100630 | 12/1/09 | C. E. Raymond<br>650 Warrenville Road<br>Lisle, IL 60532 | 935.17 |
| 100631 | 12/1/09 | Jones Truck Lines, Inc.<br>c/o Sun Company, Inc.<br>Attn: Legal Dept.<br>14025 West 66th Avenue<br>Arvada, CO 80004-1049 | 1,562.73 |
| 100646 | 12/1/09 | Westinghouse Electric Corporation<br>Attn: Legal Dept.<br>1330 Beulah Road<br>Pittsburgh, PA 15235 | 2,112.43 |
| 100653 | 12/1/09 | Safety Optical, A Div. Of Mid-South Optical<br>P. O. Box 828<br>2110 Congress Parkway<br>Athens, TN 37303 | 1,799.16 |
| 100655 | 12/1/09 | Gainesville Iron Works, Inc.<br>Attn: Edgar Dunlap, II<br>405 Washington St., N.E.<br>P. O. Box One<br>Gainesville, GA 30503 | 255.00 |
| 100666 | 12/1/09 | Action Testing & Consulting Laboratory, Inc. |  |

5

UNITED STATES BANKRUPTCY COURT - EASTERN
DISTRICT OF TENNESSEE, SOUTHERN DIVISION          *Page 1*

In re:                              *
                                         No. 89-11106
TENNESSEE CHEMICAL COMPANY          *
                                         CHAPTER 7
         Debtor                     *

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

The Trustee would report that the following funds have remained unclaimed in the estate's bank account for more than 90 days after disbursement:

| Check No. | Date | Payee | Amount |
|---|---|---|---|
| 100487 | 12/1/2009 | Jones Truck Lines, Inc.<br>c/o Sun Company, Inc.<br>Attn: Legal Dept.<br>14025 West 66th Avenue<br>Arvada, CO 80004-1049 | 203.89 |
| 100821 | 12/1/2009 | Charles Brown, Jr.<br>2769 Lebabon Road<br>Epworth, GA 30541 | 303.69 |
| 100887 | 12/1/2009 | David Key, Sr.<br>10619 Vickery Avenue East<br>Tacoma, WA 98446 | 397.43 |
| 100967 | 12/1/2009 | Eddie Delay<br>3767 Meeting Street<br>Duluth, GA 30136 | 301.38 |
| 100969 | 12/1/2009 | Bobby J. Elrod<br>P. O. Box 662<br>Copperhill, TN 37317 | 338.25 |
| 101028 | 12/1/2009 | Arthur F. Gohlke<br>2084 Imperial Drive<br>Atlanta, GA 30345 | 1,179.27 |

Page 8

| | | | |
|---|---|---|---|
| 110172 | 12/13/2012 | Eastern Electric Apparatus Repair<br>1513 Cleveland Avenue, Building 100<br>Suite 300<br>East Point, GA 30344 | 602.28 |
| 110173 | 12/13/2012 | North Carolina Dept. Of Revenue<br>Attn: G. H. Rose, Adm. Officer<br>P. O. Box 1168<br>Raleigh, NC 27602 | 302.67 |
| 110179 | 12/13/2012 | France Compressor<br>Div. Garlock, Inc.<br>104 Pheasant Run<br>Newtown, PA 18940 | 24.11 |
| 110180 | 12/13/2012 | Omni Computer Products<br>2301 E Del Amo Blvd.<br>Carson, CA 90220 | 15.34 |
| 110193 | 12/13/2012 | PLM Investment Management, Inc.<br>Attn: Douglas P. Goodrich<br>332 South Michigan Avenue<br>Chicago, IL 60604 | Pay in #2<br>2,064.47 |
| 110198 | 12/13/2012 | Bulldog Computer Products, Inc.<br>c/o Milton M. Avrett, III, Attorney<br>440 Greene Street<br>Augusta, GA 30901 | 133.46 |
| 110199 | 12/13/2012 | Oxford Chemicals, Inc.<br>Attn: Dennis Duncan, Cr. Manager<br>5001 Peachtree Industrial Blvd.<br>Atlanta, GA 30341 | 10.45 |
| 110201 | 12/13/2012 | Web Enterprises<br>6512 Shallowmar<br>Hixson, TN 37343 | 337.42 |
| 110202 | 12/13/2012 | C. E. Raymond<br>650 Warrenville Road<br>Lisle, IL 60532 | 192.67 |

## Capital Markets
## Company Overview of PLM International, Inc.

September 24, 2013 9:49 AM ET

Snapshot                    People

Overview   Board Members   Committees

#### Key Executives For PLM International, Inc.

| Name | Board Relationships | Title | Age |
|---|---|---|---|
| James A. Coyne | 19 Relationships | Chief Executive Officer and President | 52 |
| Richard K. Brock | No Relationships | Chief Financial Officer and Vice President | 50 |
| Stephen M. Bess | 7 Relationships | President of PLM Investment Management Inc, Vice President of PLM Financial Services Inc and Director of PLM Financial Services Inc | 66 |
| Susan C. Santo | No Relationships | Vice President, Secretary and General Counsel | 50 |
| Douglas P. Goodrich | 7 Relationships | Senior Vice President and Director | 66 |

*From Page 4th None* (handwritten margin note)

#### PLM International, Inc. Board Members*

| Name | Board Relationships | Primary Company | Age |
|---|---|---|---|
| Gary D. Engle | 15 Relationships | AFG Investment Trust B Liquidating Trust | 63 |
| Stephen M. Bess | 7 Relationships | PLM International, Inc. | 66 |
| Douglas P. Goodrich | 7 Relationships | PLM International, Inc. | 66 |
| Randall L-W. Caudill D. Phil. | 19 Relationships | Helix Biomedix Inc. | 65 |
| Warren G. Lichtenstein | 63 Relationships | Steel Partners Holdings L.P | 47 |

View All Board Members

#### PLM International, Inc. Executive Committees*

| Committee Name | Chairperson | Board Relationships | Members |
|---|---|---|---|
| There is no committee data available. | | | |

*Data is at least as current as the most recent Definitive Proxy.

### Report Data Issue

## From Around the Web

by Taboola


**Buffett: Scrap Obamacare and Start All**


**5 Richest Women In The U.S.**


**20 Celebs Criticized for Their Curves**


**Current Hairstyles for Women Over 50 | eHow**

# Company Overview of PLM International, Inc.

Snapshot

People

## Company Overview

PLM International, Inc., through its subsidiaries, engages in making private equity investments in basic industry, real estate, and financial services businesses. It also manages the purchase, operation, sale, and charter of product tankers and dry-bulk vessels, as well as bluewater cargo vessels. In addition, the company acquires, sells, and manages a fleet of commercial and regional aircraft. Further, it acquires or manages a real estate portfolio of commercial and industrial space; and apartment units. Furthermore, it develops a portfolio of projects, including a single family home project in Malibu, California; a single family home development in British Columbia; and mixed use land in F...

Detailed Description

55 North Water Street
Suite 4
Norwalk, CT 06854
United States

Phone: 203-852-7120
www.plm.com

Founded in **1972**
**43** Employees

## Key Executives For PLM International, Inc.

**Mr. James A. Coyne**
Chief Executive Officer and President
Age: 52

**Mr. Richard K. Brock**
Chief Financial Officer and Vice President
Age: 50

**Mr. Stephen M. Bess**
President of PLM Investment Management Inc
Age: 66

**Ms. Susan C. Santo**
Vice President
Age: 50

**Mr. Douglas P. Goodrich**
Senior Vice President and Director
Age: 66

Compensation as of Fiscal Year 2013.

*From Court Records (Attn: Name)*

## APPLICATION BY FOREIGN CORPORATION FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 607.1503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN CORPORATION TO TRANSACT BUSINESS IN THE STATE OF FLORIDA.*

1. PLM International, Inc
   (Name of corporation; must include the word "INCORPORATED", "COMPANY", "CORPORATION" or words or abbreviations of like import in language as will clearly indicate that it is a corporation instead of a natural person or partnership if not so contained in the name at present.)

2. Delaware
   (State or country under the law of which it is incorporated)

3. 94-3041257
   (FEI number, if applicable)

4. May 20, 1987
   (Date of incorporation)

5. Perpetual
   (Duration: Year corp. will cease to exist or "perpetual")

6. upon qualification
   (Date first transacted business in Florida.) (SEE SECTIONS 607.1501, 607.1502 and 817.155, F.S.)

7. 120 Montgomery Street, Suite 1350

   San Francisco, CA 94104
   (Current mailing address)

8. Equipment Leasing
   (Purpose(s) of corporation authorized in home state or country to be carried out in state of Florida)

9. **Name and street address of Florida registered agent:** (P.O. Box or Mail Drop Box **NOT** acceptable)

   Name: C T Corporation System

   Office Address: 1200 South Pine Island Road

   Plantation , Florida, 33324
                                                                  (Zip code)

10. **Registered agent's acceptance:**

*Having been named as registered agent and to accept service of process for the above stated corporation at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

C T Corporation System / Special Asst Sec'y
(Registered agent's signature)

11. Attached is a certificate of existence duly authenticated, not more than 90 days prior to delivery of this application to the Department of State, by the Secretary of State or other official having custody of corporate records in the jurisdiction under the law of which it is incorporated.

12. Names and addresses of officers and/or directors: (Street address **ONLY** - P.O. Box **NOT** acceptable)

FL019 - 9/2/99 C T System Online

A. **DIRECTORS** (Street address only - P.O. Box NOT acceptable)

Chairman: _____

Address: _____

_____

Vice Chairman: _____

Address: _____

_____

Director: _____

Address: _____

_____

Director: _____

Address: _____

*[Stamp: FILED 01 MAY 31 PM 12:33 SECRETARY OF STATE TALLAHASSEE, FLORIDA]*

B. **OFFICERS** (Street address only - P.O. Box NOT acceptable)

President: Stephen M. Bess

Address: 120 Montgomery St. Suite 1350

San Francisco CA 94104

Vice President: Richard K Brock

Address: 120 Montgomery St, Suite 1350

San Francisco CA 94104

Secretary: James A. Coyne

Address: 200 Nyala Farms

Westport, CT 06880-6267

Treasurer: _____

Address: _____

NOTE: If necessary, you may attach an addendum to the application listing additional officers and/or directors.

13. _____[signature]_____
(Signature of Chairman, Vice Chairman, or any officer listed in number 12 of the application)

14. James A. Coyne, Secretary
(Typed or printed name and capacity of person signing application)

FL019 - 9/2/99 C T System Online



JESSE WHITE
SECRETARY OF STATE

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | PLM INTERNATIONAL, INC. | File Number | 54885008 |
| Status | WITHDRAWN | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 12/02/1987 | State | DELAWARE |
| Agent Name | ILLINOIS CORPORATION SERVICE C | Agent Change Date | 10/31/2003 |
| Agent Street Address | 801 ADLAI STEVENSON DRIVE | President Name & Address | JAMES A COYNE 200 NYALA FARMS WESTPORT CT 06880 |
| Agent City | SPRINGFIELD | Secretary Name & Address | WITHDRAWN 10 24 05 |
| Agent Zip | 62703 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2005 |
| Assumed Name | INACTIVE - RENT-A-VAULT | | |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

*State of Delaware*

*Office of the Secretary of State*

PAGE  1

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "PLM INTERNATIONAL, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-NINTH DAY OF MAY, A.D. 2001.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL REPORTS HAVE BEEN FILED TO DATE.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE BEEN PAID TO DATE.



*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

2126910   8300

010253534

AUTHENTICATION: 1156012

DATE: 05-29-01

# 2004 FOR PROFIT CORPORATION ANNUAL REPORT

**DOCUMENT # F01000002899**

1. Entity Name
PLM INTERNATIONAL, INC.

Principal Place of Business
200 NYALA FARMS
WESTPORT, CT 06880

Mailing Address
200 NYALA FARMS
WESTPORT, CT 06880

FILED
04 APR 23 PM 4:02
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

2. Principal Place of Business
3. Mailing Address

03112004  Chg-P  CR2E034 (10/03)  04

4. FEI Number: 94-3041257 — Applied For / Not Applicable
5. Certificate of Status Desired — $8.75 Additional Fee Required

6. Name and Address of Current Registered Agent
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

7. Name and Address of New Registered Agent
(blank) FL

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida. I am familiar with, and accept the obligations of registered agent.

SIGNATURE _____

FILE NOW!!! FEE IS $150.00
After May 1, 2004 Fee will be $550.00

9. Election Campaign Financing Trust Fund Contribution — $5.00 May Be Added to Fees

10. OFFICERS AND DIRECTORS

| TITLE | PSD |
| NAME | COYNE, JAMES A |
| STREET ADDRESS | 200 NYALA FARMS |
| CITY-ST-ZIP | WESTPORT, CT 06880 |
— Delete

| TITLE | CD |
| NAME | ENGLE, GARY D |
| STREET ADDRESS | 200 NYALA FARMS |
| CITY-ST-ZIP | WESTPORT, CT 06880 |
— Delete

| TITLE | VSD |
| NAME | COYNE, JAMES A |
| STREET ADDRESS | 200 NYALA FARMS |
| CITY-ST-ZIP | WESTPORT, CT 068806267 |
— ☒ Delete

| TITLE | SRVT |
| NAME | BROCK, RICHARD K |
| STREET ADDRESS | 1889 SUNSET BLVD. |
| CITY-ST-ZIP | SAN DIEGO, CA 92103 |
— ☒ Delete

11. ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS IN 11

- ☒ Change  VT
  Brock, Richard K
  1889 Sunset Boulevard
  San Diego, CA 92103

- ☒ Addition  V
  Davidson, Jonathan
  11150 Santa Monica Blvd., Suite 700
  Los Angeles, CA 90025

- ☒ Addition  V
  Kaufman, Brian
  11150 Santa Monica Blvd., Suite 700
  Los Angeles, CA 90025

200033774862

12. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 10 or Block 11 if changed, or on an attachment with an address, with all other like empowered.

SIGNATURE: /s/ Richard K Brock   3/31/04   (619) 299-4133