# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF THE STATE OF TENNESSEE

| | |
|---|---|
| IN RE: | Case No. 89-11106 |
| Tennessee Chemical Company, | (Chapter 7) |
| DEBTOR | |

### APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Reynolds & Reynolds Company successor to Duplex Products, Inc. (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $4,176.42. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Reynolds & Reynolds Company successor to Duplex Products, Inc.

By: _____
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

FILED
NOV - 6 2013
U.S. BANKRUPTCY COURT
CHATTANOOGA
TENNESSEE

## CERTIFICATE OF MAILING

      I hereby certify that on November 4, 2013 I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn: Civil Process Clerk
1110 Market St., Ste. 301
Chattanooga, TN 37402

Greg Griffith

## LIMITED POWER OF ATTORNEY

Reynolds & Reynolds Company successor to Duplex Products, Inc., ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

### ONLY to recover cash or cash equivalents specifically arising from the bankruptcy of Tennessee Chemical Company, that belong to the Principal,

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 24th day of October, 2013.

**PRINCIPAL:**
Reynolds & Reynolds Company successor to Duplex Products, Inc.
Federal ID# 131-0421120

By: _____

Title: VP-TREASURER

**PRINCIPAL'S ADDRESS:**

6700 Hollister
Houston, TX  77040
713-718-1800

### ACKNOWLEDGMENT

STATE OF Texas )

COUNTY OF Harris )

Before me a Notary Public, in and for said County and State on this 24th day of October, 2013 personally appeared Craig Moss to me known to be the identical person who subscribed his/her name to the foregoing instrument as its Treasurer (title), and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
4-8-2014

SAMANTHA LYNN DAVIS
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
APRIL 8, 2014

CRAIG MOSS
*Vice President - Treasurer*

 Reynolds & Reynolds®

6700 Hollister
Houston, Texas 77040
713.718.1416
72672 Ext.
713.724.0413 Cell
713.718.1466 Fax
craig_moss@reyrey.com

www.reyrey.com



January 18, 2013

## Letter of Authorization

This letter is to confirm that Craig Moss holds the position of VP and Treasurer at The Reynolds and Reynolds Company and has authority to claim funds on behalf of the company and its subsidiaries.

_____  _____1-22-13_____
Robert Nalley                                      Date
Vice Chairman
The Reynolds and Reynolds Company

SUBSCRIBED AND SWORN TO BEFORE ME THIS

22 DAY OF January, 2013

_Samantha Lynn D.___   __Harris, TX__
NOTARY PUBLIC                COUNTY, STATE

MY COMMISSION EXPIRES  4-8-2014



SAMANTHA LYNN DAVIS
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
APRIL 8, 2014

6700 Hollister
Houston, Texas 77040-5345
713.718.1800
fax 713.718.1461
www.reyrey.com

| Form **W-9** | Request for Taxpayer | Give Form to the |
|---|---|---|
| (Rev. December 2011) Department of the Treasury Internal Revenue Service | Identification Number and Certification | requester. Do not send to the IRS. |

**Name** (as shown on your income tax return)
THE REYNOLDS AND REYNOLDS COMPANY

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor   ☑ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)
ONE REYNOLDS WAY

City, state, and ZIP code
DAYTON, OH 45430

Requester's name and address (optional)

List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**

**Employer identification number**
3 1 – 0 4 2 1 1 2 0

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here** Signature of U.S. person ▶ *[signature]*   Date ▶ January 3, 2013

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X   Form **W-9** (Rev. 12-2011)

```
OHIO SECRETARY OF STATE                      CHARTER NUMBER:  007639
PROCESSING STATEMENT                         ROLL AND FRAME:  5757-0005
02/28/97
                                    DOCUMENT NUMBER      CODE      FEE
CORPORATION:                        ------------------   ----      ---
                                    97022622101          MER       50.00
THE REYNOLDS AND REYNOLDS COMPANY   97022622101          MIS       10.00


        069637
                                                         TOTAL :   60.00
   RETURN TO: COOLIDGE,WALL,WOMSLEY & LOMBARD
             ATTN M M WELCH
             33 W FIRST ST STE 600                                 0417
             DAYTON OH 45402-1289
```

0577-0006

# The State of Ohio

**Bob Taft**

Secretary of State

7639



## Certificate

It is hereby certified that the Secretary of State of Ohio has custody of the Records of Incorporation and Miscellaneous Filings; that said records show the filing and recording of:  MER MIS

of:

THE REYNOLDS AND REYNOLDS COMPANY

United States of America
State of Ohio
Office of the Secretary of State

Recorded on Roll 5757 at Frame 0007 of the Records of Incorporation and Miscellaneous Filings.

Witness my hand and the seal of the Secretary of State at Columbus, Ohio, this 26TH day of FEB

A.D. 19 97 .

*Bob Taft*
Bob Taft
Secretary of State

Prescribed by
Bob Taft, Secretary of State
30 East Broad Street, 14th Floor
Columbus, Ohio 43266-0418
Form MER (July 1994)

0570-0007   7639

Approved
Date 02/26/97

Fee

9702262210l

# CERTIFICATE OF MERGER

In accordance with the requirements of Ohio law, the undersigned corporations, limited liability companies and/or limited partnerships, desiring to effect a merger, set forth the following facts:

I. **SURVIVING ENTITY**

   A. The name of the entity surviving the merger is: __THE REYNOLDS AND REYNOLDS COMPANY__

      (if the surviving entity is an Ohio limited partnership or qualified foreign limited partnership, its registration number must be provided)

   B. Name change: As a result of this merger, the name of the surviving entity has been changed to the following: _____

RECEIVED
FEB 26 1997

(complete only if the name of surviving entity is changing through the merger)

   C. The surviving entity is a: *(Please check the appropriate box and complete any blanks)*

     [x]  Domestic (Ohio) corporation

     [ ]  Foreign (Non-Ohio) corporation incorporated under the laws of the state/country of _____ and licensed to transact business in the state of Ohio.

     [ ]  Foreign (Non-Ohio) corporation incorporated under the laws of the state/country of _____, and NOT licensed to transact business in the state of Ohio.

     [ ]  Domestic (Ohio) limited liability company

     [ ]  Foreign (Non-Ohio) limited liability company organized under the laws of the state/country of _____, and registered to do business in the state of Ohio.

     [ ]  Foreign (Non-Ohio) limited liability company organized under the laws of the state/country of _____, and NOT registered to do business in the state of Ohio.

     [ ]  Domestic (Ohio) limited partnership, registration number _____

     [ ]  Foreign (Non-Ohio) limited partnership organized under the laws of the state/country of _____, and registered to do business in the state of Ohio, under registration number _____

0570 - 0058

[ ]  Foreign (Non-Ohio) limited partnership organized under the laws of the state/country of
_____, and NOT registered to do business in the state of Ohio.

II. Merging Entities

The name, type of entity, and state/country of incorporation or organization, respectively, of each entity, other than the survivor, which is a party to the merger are as follows: (If insufficient space to cover this item, please attach a separate sheet listing the merging entities; Ohio registered or foreign qualified limited partnerships must include registration number)

| Name | State/Country of Organization | Type of Entity |
|---|---|---|
| DUPLEX PRODUCTS INC. | DELAWARE | CORPORATION  FL 574585 |

III. Merger Agreement on File

The name and mailing address of the person or entity from whom/which eligible persons may obtain a copy of the agreement of merger upon written request:

Name: ADAM M. LUTYNSKI

Address: 115 SOUTH LUDLOW STREET
(street and number)

DAYTON, OH  45402
(city, village or township)  (state)  (zip code)

IV. Effective Date of Merger

This merger is to be effective on: _____

*(If a date is specified, the date must be a date on or after the date of filing; the effective date of the merger cannot be earlier than the date of filing; if no date is specified, the date of filing will be the effective date of the merger).*

V. Merger Authorized

The laws of the state or country under which each constituent entity exists, permits this merger.

This merger was adopted, approved and authorized by each of the constituent entities in compliance with the laws of the state under which it is organized, and the persons signing this certificate on behalf of each of the constituent entities are duly authorized to do so.

2

0572-0000

VI. Statutory Agent

The name and address of the surviving entity's statutory agent upon whom any process, notice or demand may be served is:

Name                    Address

_____  _____
                        (complete street address)

                        _____
                        (city, village or township)    (zip code)

*(This item MUST be completed if the surviving entity is a foreign entity which is not licensed, registered or otherwise authorized to conduct or transact business in the State of Ohio)*

Acceptance of Agent

The undersigned, named herein as the statutory agent for the above referenced surviving entity, hereby acknowledges and accepts the appointment of statutory agent for said entity.

_____
Signature of Agent

*(The acceptance of agent must be completed by domestic surviving entities if through this merger the statutory agent for the surviving entity has changed, or the named agent differs in any way from the name reflected on the Secretary of State's records.)*

VII. Statement of Merger

Upon filing, or upon such later date as specified herein, the merging entity/entities listed herein shall merge into the listed surviving entity.

VIII. Amendments

The articles of incorporation, articles of organization or certificate of limited partnership (strike the inapplicable terms) of the surviving domestic entity herein, are amended as set forth in the attached "Exhibit A"

*(Please note that any amendments to articles of incorporation, articles of organization or to a certificate of limited partnership MUST be attached if the surviving entity is a DOMESTIC corporation, limited liability company, or limited partnership.)*

IX. Qualification or Licensure of Foreign Surviving Entity

3



A.  The listed surviving foreign corporation, limited liability company, or limited partnership desires to transact business in Ohio as a foreign corporation, foreign limited liability company, or foreign limited partnership, and hereby appoints the following as its statutory agent upon whom process, notice or demand against the entity may be served in the State of Ohio. The name and complete address of the statutory agent is:

_____   _____
(name)                            (street and number)

_____, Ohio _____
(city, village or township)            (zip code)

The subject surviving foreign corporation, limited liability company or limited partnership irrevocably consents to service of process on the statutory agent listed above as long as the authority of the agent continues, and to service of process upon the Secretary of State if the agent cannot be found, if the corporation, limited liability company or limited partnership fails to designate another agent when required to do so, or if the corporation's, limited liability company's, or limited partnership's license or registration to do business in Ohio expires or is cancelled.

B.  The qualifying entity also states as follows: (complete only if applicable)

   1.  Foreign Qualifying Limited Liability Company
       (If the qualifying entity is a foreign limited liability company, the following information must be completed)

       a.  The name of the limited liability company in its state of organization/registration is _____

       b.  The name under which the limited liability company desires to transact business in Ohio is _____

       c.  The limited liability company was organized or registered on _____
           (month  day  year)
           under the laws of the state/country of _____

       d.  The address to which interested persons may direct request for copies of the articles of organization, operating agreement, bylaws, or other charter documents of the company is: _____

   2.  Foreign Qualifying Limited Partnership
       (If the qualifying entity is a foreign limited partnership, the following information must be completed)

       a.  The name of limited partnership is _____

4

0572-0011

b.  The limited partnership was formed on _____
                                                              month  day  year
    under the laws of the state/country of _____

c.  The address of the office of the limited partnership in its state/country of organization is _____

d.  The limited partnership's principal office address is _____

e.  The names and business or residence addresses of the GENERAL partners of the partnership are as follows:

    Name                   Address

    *(If insufficient space to cover this item, please attach a separate sheet listing the general partners and their respective addresses)*

f.  The address of the office where a list of the names and business or residence addresses of the limited partners and their respective capital contributions is to be maintained is:

    The limited partnership hereby certifies that it shall maintain said records until the registration of the limited partnership in Ohio is cancelled or withdrawn.

The undersigned constituent entities have caused this certificate of merger to be signed by its duly authorized officers, partners and representatives on the date(s) stated below.

| DUPLEX PRODUCTS INC. | THE REYNOLDS AND REYNOLDS COMPANY |
|---|---|
| exact name of entity | exact name of entity |
| By: *[signature]* | By: *[signature]* |
| Its: Adam M. Lutynski, Assistant Secretary | Its: Adam M. Lutynski, Secretary |
| Date: 2-13-97 | Date: 2-13-97 |

5

057? - 00?2

**COOLIDGE WALL WOMSLEY & LOMBARD**
A Legal Professional Association

(937) 449-5787

February 25, 1997

Ohio Secretary of State
Corporation Division
14th Floor, State Office Tower
30 East Broad Street
Columbus, Ohio  43215

ATTENTION: EXPEDITED SERVICE

Re:   Merger of Duplex Products, Inc., into The Reynolds and Reynolds Company

Dear Sir or Madam:

Enclosed is a Certificate of Merger for **EXPEDITED** filing on behalf of the above-referenced companies. Our check in the amount of $60.00 is enclosed to cover the filing fee and the expedited service fee.

Please return the authenticated document to the attention of the undersigned. If you have any questions, please call me collect.

Very truly yours,

Martha M. Welch
Corporate Paralegal

MMW/jaw
648000\369
Enclosures
*FEDERAL EXPRESS*

c:   Adam M. Lutynski, Esq.
     Sam Warwar, Esq.

Legal Services Since 1853

# American Property Locators, Inc.

3855 South Boulevard, Suite 200
Edmond, OK 73013
www.apl-inc.com

Fax (405) 340-5968
E-Mail: ggriffith@apl-inc.com

(800) 730-4343 ext 15
(405) 340-4900 ext 15

November 4, 2013

**VIA PRIORITY MAIL**

U.S. Bankruptcy Court
31 East 11th Street
Chattanooga, TN 37402-2722
Attn: Brent Rhodes

Re: EASTERN DISTRICT OF TENNESSEE APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT

Dear Mr. Rhodes:

Enclosed is an Application for order Directing Payment of Funds to Creditor/Claimant relating to the following matter:

| | |
|---|---|
| Case No: | 89-11106 |
| Debtor: | Tennessee Chemical Company |
| Creditor/Claimant: | Reynolds & Reynolds Company successor to Duplex Products, Inc. |
| Amount: | $4,176.42 |

Thank you for your assistance in this matter.

Sincerely,

Greg Griffith

GMG/hen
Enclosures