# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF THE STATE OF TENNESSEE

| | |
|---|---|
| IN RE: | Case No. 89-11106 |
| Tennessee Chemical Company, | (Chapter 7) |
| DEBTOR | |

### APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Rittelmeyer & Company, Inc. (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $8,338.72. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Rittelmeyer & Company, Inc.

By: _____
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

## CERTIFICATE OF MAILING

I hereby certify that on December 11, 2013 I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn: Civil Process Clerk
1110 Market St., Ste. 515
Chattanooga, TN 37402

_____

Greg Griffith

# LIMITED POWER OF ATTORNEY

Rittelmeyer & Company, Inc., ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

## ONLY to recover cash or cash equivalents specifically arising from the bankruptcy of Tennessee Chemical Company, that belong to the Principal,

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this _2_ day of _Dec_____, 201_3_.

**PRINCIPAL:**
Rittelmeyer & Company, Inc.
Federal ID # _58-0532256_
By: _George A. Rittelmeyer, Jr._
Title: _President_

PRINCIPAL'S ADDRESS:

2460 Peachtree Rd NW, # 109
Atlanta, GA  30305
404-814-0817

## ACKNOWLEDGMENT

STATE OF _Georgia_ )
COUNTY OF _Cobb_ )

Before me a Notary Public, in and for said County and State on this _2_ day of _December_, 20_13_ personally appeared _George A. Rittelmeyer_ to me known to be the identical person who subscribed his/her name to the foregoing instrument as its _President_ (title), and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
_5/4/2014_

_____
Notary Public



**HALF FARE PHOTO ID**

HALF FARE

For Breeze Card Information,
Terms & Conditions and Balance Protection:
www.itsmarta.com or (404) 848-5000
Subject to applicable terms and conditions of
use and tariffs. Card must be presented to
MARTA officials upon request.

**RITTELMEYER**
**GEORGE A**

GD-07-39

H

0160 0018 6582 9885

GEORGE RITTELMEYER, SR.              OFFICE: (404) 355-8200
PRESIDENT                            HOME: (404) 355-5437

# RITTELMEYER & COMPANY, INC.
INDUSTRIAL PUMPS, VALVES, & EQUIPMENT

1122-D OLD CHATTAHOOCHEE AVE., N.W.    P.O. BOX 19879
ATLANTA, GA. 30318                     ATLANTA, GA. 30325

|  |  |  |  |
|---|---|---|---|
|  |  | Madola Road<br>Epworth, GA 30541 | 1,002.13 |
| 100913 | 12/1/09 | James E. Barker<br>130 Hwy 76<br>Morganton, GA 30560 | 47.27 |
| 100948 | 12/1/09 | Earl F. Scott Co., Inc.<br>8529 Dunwoody Place<br>Atlanta, GA 30350 | 48.01 |
| 100984 | 12/1/09 | Robert Preikschat<br>2289 J. Dunwoody Crossing<br>Atlanta, GA 30338 | 229.01 |
| 101024 | 12/1/09 | Franie L. Walden<br>Rt. 1, Box 1696<br>Blue Ridge, GA 30513 | 366.01 |
| 101068 | 12/1/09 | Lake Loudermilk<br>Box 381<br>Copperhill, TN 37317 | 381.49 |
| 101076 | 12/1/09 | Jakie N. Ledford<br>P. O. Box 561<br>Copperhill, TN 37317 | 390.31 |
| 101085 | 12/1/09 | Rittelmeyer & Company, Inc.<br>P. O. Box 19879<br>Atlanta, GA 30325-0879 | 6,914.16 |
| 101091 | 12/1/09 | Kenneth Kaylor<br>Rt. #1, Box 1100<br>Salem Road<br>Mineral Bluff, GA 30559 | 466.78 |
| 101111 | 12/1/09 | Stanley Olney<br>Box 172<br>Ducktown, TN 37326 | 260.37 |




# Georgia Secretary of State
## Brian P. Kemp

Archives · Corporations · Elections · News Room · Professional Licensure · Securities · State Capitol

**Search**
- By Business Name
- By Control No
- By Officer
- By Registered Agent

**Verify**
- Verify Certification

**New Filing**
- Click here to file online for:
- New Limited Liability Company (LLC)
- New Business Corporation
- New Non-Profit Corporation
- New Professional Corporation (PC)

**Annual Registration**
- Annual Registration

**Name Reservation**
- File Name Reservation Online

**Online Orders**
- Register for Online Orders
- Order Certificate of Existence
- Order Certified Documents

## View Filed Documents

Date: 4/15/2010 (Annual Registration History etc.)

### Business Name History

| Name | Name Type |
|---|---|
| RITTELMEYER & COMPANY, INC. | Current Name |

### Profit Corporation - Domestic - Information

| | |
|---|---|
| Control No.: | 0X07658 |
| Status: | Diss./Cancel/Terminat |
| Entity Creation Date: | 8/11/1947 |
| Dissolve Date: | 12/30/1999 |
| Jurisdiction: | GA |
| Principal Office Address: | PO BOX 19711<br>ATLANTA GA 30325-0711 |

### Registered Agent

| | |
|---|---|
| Agent Name: | RITTELMEYER, GEORGE A |
| Office Address: | 31 LA RUE PLACE NW<br>ATLANTA GA 30327 |
| Agent County: | FULTON |

### Officers

| | |
|---|---|
| Title: | CEO |
| Name: | RITTELMEYER GEORGE A |
| Address: | 31 LA RUE PLACE NW<br>ATLANTA GA 30327 |

| | |
|---|---|
| Title: | CFO |
| Name: | RITTELMEYER, GEORGE A |
| Address: | 31 LA RUE PLACE NW<br>ATLANTA GA 30327 |

| | |
|---|---|
| Title: | Secretary |
| Name: | RITTELMEYER GEORGE A |
| Address: | 31 LA RUE PLACE NW<br>ATLANTA GA 30327 |