

**SO ORDERED.**
**SIGNED this 16th day of December, 2013**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
John C. Cook
**UNITED STATES BANKRUPTCY JUDGE**

---

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF THE STATE OF TENNESSEE

| | |
|---|---|
| IN RE: | ) Case No. 89-11106 |
| | ) |
| Tennessee Chemical Company, | )     (Chapter 7) |
|                     DEBTOR | |

### ORDER DIRECTING PAYMENT
### OF FUNDS TO CREDITOR/CLAIMANT

On the application of Rittelmeyer & Company, Inc., (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $8,338.72) be paid to it in care of American Property Locators, Inc., Attn: Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK 73013.

###

Submitted by:

_____
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 S. Boulevard
Edmond, OK  73013
(405) 340-4900