**SO ORDERED.**
**SIGNED this 7th day of June, 2016**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

*Nicholas W. Whittenburg*
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

---

### UNITED STATES BANRUPTCY COURT
### EASTERN DISTRICT OF TENNESSEE (CHATANOOGA)

IN RE:

| Tennessee Chemical Company | 89-11106-NWW |
|---|---|
| Debtor | Bankruptcy Case Number |

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court having considered the Amended Application for Payment of Unclaimed Funds filed by:

> CBS Corporation as successor in interest to Westinghouse Electric Corporation
> c/o The Locator Services Group, Ltd.
> 280 Summer Street, Suite 400
> Boston MA 02210

("Claimant") for payment of unclaimed funds in the amount of $ ___$2,112.43,___
and it appearing to the Court that the Claimant is entitled to receive payment, and these funds are now on deposit in the Treasury of the United States, and that proper notice of the Application was given to the United States Attorney for the Eastern District of Tennessee pursuant to 28 U.S.C. § 2042,

**IT IS THEREFORE ORDERED** that the Clerk of the United States Bankruptcy Court direct the issuance of a draft upon the Treasury of the United States in the amount stated above and payable to the Claimant.

###