United States Bankruptcy Court
Eastern District of Tennessee

```
In re:                                                      Case No. 89-11106-NWW
Tennessee Chemical Company                                  Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0649-1         User: krumsickk         Page 1 of 1          Date Rcvd: Jun 07, 2016
                             Form ID: pdfbk          Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2016.
```
traty           Brown, Scott N., Jr., Trustee,    P. O. Box 1749,    Chattanooga, TN  37401-1749
m              +The Locator Services Group Ltd.,    280 Summer Street,    Suite 400,    Boston, MA 02210-1131
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: ustpregion08.cn.ecf@usdoj.gov Jun 07 2016 20:55:13      William R. Sonnenburg,
                 4th Floor,    Historic U.S. Courthouse,    31 E. 11th Street,    Chattanooga, TN 37402-4205
smg             E-mail/Text: cio.bncmail@irs.gov Jun 07 2016 20:53:05      Internal Revenue Service,
                 P. O. Box  21126,   Philadelphia,, PA  19114
                                                                                              TOTAL: 2
```

```
                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2016 at the address(es) listed below:
```
              Clinton P. Hansen    on behalf of Creditor    Union Tank Car Company chansen@thompsoncoburn.com
              Gerald A. Role    on behalf of Creditor    United States of America(IRS) gerald.a.role@usdoj.gov
              J. Christopher Hall    on behalf of Creditor    Union Tank Car Company chrishall@emjcorp.com
              Kim Sherrie Sawyer    on behalf of Creditor    Union Oil Company of California data@tlsgltd.com
              Kim Sherrie Sawyer    on behalf of Movant    The Locator Services Group Ltd. data@tlsgltd.com
              M. Kent Anderson    on behalf of Creditor    Federal Railroad Administration
               USATNE.ECFChattBK@usdoj.gov
              Richard B. Gossett    on behalf of Creditor    Shell Canada Limited dgossett@bakerdonelson.com
              Richard B. Gossett    on behalf of Creditor    Canadianoxy Offshore Production Company
               dgossett@bakerdonelson.com
              Richard C Kennedy    on behalf of Debtor    Tennessee Chemical Company rtklingler@kkflawfirm.com
              Scott N. Brown, Jr.    on behalf of Trustee Attorney    Scott N. Brown, Jr., Trustee snb@smrw.com
              Scott N. Brown, Jr.    on behalf of Accountant W. Roger Fitch snb@smrw.com
              Scott N. Brown, Jr.    snb@smrw.com
              Scott N. Brown, Jr.    on behalf of Trustee Scott N. Brown, Jr. snb@smrw.com
              Scott N. Brown, Jr.    on behalf of Trustee Attorney    Brown, Scott N., Jr., Trustee snb@smrw.com
              United States Trustee    Ustpregion08.cn.ecf@usdoj.gov
                                                                                             TOTAL: 15
```

**SO ORDERED.**
**SIGNED this 7th day of June, 2016**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Nicholas W. Whittenburg
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANRUPTCY COURT
## EASTERN DISTRICT OF TENNESSEE (CHATANOOGA)

IN RE:

| Tennessee Chemical Company | 89-11106-NWW |
| Debtor | Bankruptcy Case Number |

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court having considered the Amended Application for Payment of Unclaimed Funds filed by:

CBS Corporation as successor in interest to Westinghouse Electric Corporation
c/o The Locator Services Group, Ltd.
280 Summer Street, Suite 400
Boston MA 02210

("Claimant") for payment of unclaimed funds in the amount of $___ $2,112.43, and it appearing to the Court that the Claimant is entitled to receive payment, and these funds are now on deposit in the Treasury of the United States, and that proper notice of the Application was given to the United States Attorney for the Eastern District of Tennessee pursuant to 28 U.S.C. § 2042,

**IT IS THEREFORE ORDERED** that the Clerk of the United States Bankruptcy Court direct the issuance of a draft upon the Treasury of the United States in the amount stated above and payable to the Claimant.

###